## ANONYMOUS:.

### (November Term, 1863.)'

MOTION FOR SUPERSEDEAS — *whether record must be filed and cause docketed.* An application for a supersedeas made in open court, in the grand division in which the writ of error must be sued out, will not be entertained unless the record has been filed and the cause docketed.

MR. H. K. S. O'MELVENY presented a record to the court, and moved that the writ of error which should issue thereon be made a supersedeas.

Per Curiam: As the writ of error in this case would be issued in this grand division, we cannot entertain the application for a supersedeas until the record is filed and the cause docketed.

In vacation, such an application may be made to one of the justices without having first filed the record; but not so when made to the court, in the grand division in which the writ of error must be sued out.